IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. TORRES, ) | No. C 12-6236 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MATTHEW CATE, et al., ) | |
| Defendants. ) | |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/14/13

LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Torres236jud.wpd