1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL P. TORRES,                    )          No. C 12-6236 LHK (PR)
                                          )
            Plaintiff,                    )          JUDGMENT
12                                        )
       v.                                 )
13                                        )
    MATTHEW CATE, et al.,                 )
14                                        )
            Defendants.                   )
15  _____ )

16

17          The Court has dismissed the instant action.  A judgment of dismissal with prejudice is

    entered.  The Clerk shall close the file.
18
            IT IS SO ORDERED.
19
    DATED: __3/14/13__                        _____
20                                            LUCY H. KOH
                                              United States District Judge
21

22

23

24

25

26

27

28